Núm. 6.—Pueblo, querellante, v. Plata Sugar Company y Asociados del Pepino, dmdadas.—Original. ▆▆▆▆▆▆▆ Abril 15, 1941.

Vistas las mociones radicadas separadamente por la Plata Sugar Company y Asociados del Pepino, por las que solicitan la eliminación de ciertas alegaciones de la querella presentada por El Pueblo de Puerto Rico en este caso, y examinados los alegatos sometidos en apoyo de dichas mociones, se resuelve declarar sin lugar ambas mociones y conceder como por la presente se concede a ambas partes querelladas un término de quince días para presentar las excepciones que creyeren convenientes o para contestar la querella, debiendo contarse dicho término desde la fecha en que dichas partes demandadas o sus abogados fueren notificados de esta resolución.